IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA PRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-CV-1774 |
| | ) | |
| AMERISTAR CASINO ST. CHARLES, LLC, | ) | Jury Trial Demanded |
| | ) | |
| Defendant. | ) | |

**COMPLAINT**

Comes now the plaintiff, Wanda Price, by and through her attorneys, Ripplinger & Zimmer LLC, and for her cause of action against defendant states:

1. Jurisdiction of this Court is pursuant to 28 USC Sec. 1332. The plaintiff is a citizen of Tolono, Champaign County, Illinois.

2. The defendant is a Missouri Limited Liability Corporation, doing business in St. Charles, Missouri, a citizen of Missouri.

3. The amount in controversy exceeds $75,000.00, exclusive of interest, attorney's fees and costs, and complete diversity exists between plaintiff and defendant.

4. Venue is proper in the Eastern District of Missouri under 28 USC § 1391(b) because a substantial part of the events or omissions giving rise to these claims occurred in this District and Ameristar Casino St. Charles LLC is subject to this Court's personal jurisdiction.

5. On December 3, 2015, plaintiff was an invitee on defendant's property. Defendant, through its agents or employees, was conducting a "giveaway" of gift bags.

6. Defendant owed plaintiff and others lawfully on its property to exercise reasonable care so as not to cause injury.

7. Plaintiff stood in line to receive her bag, and, after receiving her bag, tripped and fell over a pallet.

8. Defendant, through its agents or employees, breached its duty to plaintiff by negligently placing the pallet directly in the path that participants would be taking after receiving their gift bags, creating a dangerous condition.

9. As a direct and proximate result of the negligence of defendant's agents or employees, Wanda Price was injured, sustaining a broken elbow.  She has incurred medical expenses, and suffered great pain and disability.

10. Plaintiff prays this court for judgment in her favor and against defendant, in an amount sufficient to compensate her for her losses, in excess of $75,000.00, and for such other and further relief as this court deems just and proper.

/s/ Patricia A. Zimmer
Patricia A. Zimmer #47692
Ripplinger & Zimmer, LLC
2215 West Main Street
Belleville, Illinois 62226
(618)234-2440
Fax (618)234-6728
Primary Email pat@ripplingerlaw.com
Secondary Email
RipplingerZimmer@ripplingerlaw.com